O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-02469 AHM (SHx) | Date | October 26, 2009 |
|---|---|---|---|
| Title | BEN JEWELRY, INC. v. JADAR WATCHES CORPORATION | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

    In light of the parties' Joint Status Report Regarding Settlement-in-Principle, and Request for Postponement of Rulings on Pending Motions, the Court orders the parties to confirm with the Court that Defendant's pending motions are moot. Such confirmation shall be filed not later than November 2, 2009. Meanwhile, the Court will postpone its ruling on Defendant's pending motions.

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |