JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BEN JEWELRY, INC., a California Corporation, dba SOUTH BEVERLY-WILSHIRE JEWELRY & LOAN, dba THE DINA COLLECTION,<br><br>Plaintiff,<br><br>v.<br><br>JADAR WATCHES CORPORATION,<br><br>Defendant. | CASE NO. CV09-02469 AHM (SHx)<br><br>**ORDER OF DISMISSAL**<br><br>[Fed. R. Civ. Proc., Rule 41(a)] |

The Court having read the "Stipulation Of Dismissal With Prejudice" (the "Stipulation"), entered into by Plaintiff Ben Jewelry, Inc., a California Corporation, dba South Beverly-Wilshire Jewelry & Loan, dba The Dina Collection ("BJI"), and Jadar Watches Corporation ("JADAR"), and finding good cause to approve the Stipulation, hereby Orders as follows:

1. The Stipulation is approved.

/ / /

/ / /

Law Offices
COHEN & LORD
A Professional Corporation
1801 Century Park East, Suite 2600
Los Angeles, CA 90067-2328
(310) 691-2200

JADAWA10.001/183920.1

CV09-02469 AHM (SHx)

ORDER OF DISMISSAL

Law Offices
COHEN & LORD
A Professional Corporation
1801 Century Park East, Suite 2600
Los Angeles, CA 90067-2328
(310) 691-2200

1      2.  Pursuant to Federal Rules of Civil Procedure, Rule 41(a), this action,
2  and all claims by BJI against JADAR herein, are dismissed with prejudice, with
3  each party to bear its own attorneys' fees and costs incurred in connection with this
4  action.

6  DATED: November 06, 2009

*[signature: A. Howard Matz]*

11  **JS-6**       Hon. A. Howard Matz, Judge
12       United States District Court

JADAWA10.001/183920.1     2    CV09-02469 AHM (SHx)
ORDER OF DISMISSAL